UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:20-cr-88-Orl-41LRH**

**KATHRYN SMITH**

_____/

**ORDER**

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (Doc. 21) filed on July 7, 2020. United States Magistrate Leslie R. Hoffman recommends that the Court accept Defendant's Plea Agreement (Doc.14) and guilty plea, that Defendant be adjudicated guilty, and that the Court impose sentence at a sentencing hearing.

After an independent *de novo* review of the record and noting that the Government filed a Notice of No Objection (Doc. 23) on July 7, 2020, as did Defendant (Doc. 22), this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The plea is accepted.

3. Defendant is hereby adjudicated guilty as to Count One of the Information (Doc. 1).

**DONE** and **ORDERED** in Orlando, Florida on July 8, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record